NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WIRTGEN AMERICA, INC.,**
*Appellant*

**v.**

**CATERPILLAR INC.,**
*Appellee*

---

2020-1419

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-01091.

---

**JUDGMENT**

---

SETH R. OGDEN, Patterson Intellectual Property Law, PC, Nashville, TN, argued for appellant. Also represented by RYAN D. LEVY, MARK ANDREW KILGORE, WILLIAM E. SEKYI, JOHN FRANCIS TRIGGS; RICHARD D. COLLER, III, JASON A. FITZSIMMONS, RALPH WILSON POWERS, III, JON WRIGHT, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC.

JOSHUA GOLDBERG, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for

appellee.    Also represented by CHRISTOPHER P. ISAAC, Reston, VA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, PLAGER and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 9, 2021            /s/ Peter R. Marksteiner
        Date                Peter R. Marksteiner
                            Clerk of Court